# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LEAH PALLADENO, ANTHONY
PALLADENO JR., SUSAN WHALEN,
and ABEL DELGADO,

      Plaintiffs,

v.

CITY OF FLINT; TIMOTHY JOHNSON, Chief of Flint Police Department, in his official and individual capacities; KRISTOPHER JONES, a Flint police officer, in his individual capacity; BOBBY FOWLKES, a Flint police officer, in his individual capacity; JAMES GUERRERO, a Flint police officer, in his individual capacity; TERRY VANKUEREN JR., a Flint police officer, in his individual capacity; CHESTER CLAXTON, a Flint police officer, in his individual capacity; and TYRONE BOOTH, a Flint police officer, in his individual capacity,

      Defendants.

_____/

Case No. 2:18-cv-11165

Hon. Paul D. Borman

Magistrate Judge David R. Grand

## **STIPULATED ORDER OF DISMISSAL**

The parties to this litigation have reached a Settlement Agreement that brings this case to a close. Pursuant to Federal Rule of Civil Procedure 41, and based on the parties' Settlement Agreement the Court orders as follows:

1. By incorporating the Settlement Agreement in full into this order, the Court retains jurisdiction to enforce the Settlement Agreement according to its terms.

2. All Plaintiffs' claims as asserted in the Amended Complaint are dismissed with prejudice, and without fees or costs to any party.

3. This is a final order that disposes of all pending claims and closes the case.

**IT IS SO ORDERED.**

Dated:  March 5, 2020                                         s/Paul D. Borman
                                                                                               Paul D. Borman
                                                                                               United States District Judge

The parties consent to the filing of this order:

/s/ Bonsitu Kitaba-Gaviglio
Bonsitu Kitaba-Gaviglio (P78822)
Daniel S. Korobkin (P72842)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6800

bkitaba@aclumich.org
dkorobkin@aclumich.org
*Attorneys for Plaintiffs*

/s/ Glenn M. Simmington
Glenn M. Simmington (P33626)
Cooperating Attorney, ACLU Fund of
  Michigan

/s/ Gregory T. Gibbs
Gregory T. Gibbs (P26440)
Alec S. Gibbs (P73593)
Ann A. Lerche (P33331)
Cooperating Attorneys, ACLU Fund
  of Michigan
Law Office of Gregory T. Gibbs
717 S. Grand Traverse Street
Flint, MI 48502
(810) 239-9470
Greggibbs51@sbcglobal.net
annlerche@gmail.com
gibbsale@gmail.com
*Attorneys for Plaintiffs*

| | |
|---|---|
| Law Office of Glenn M. Simmington<br>503 S. Saginaw St., Suite 1000<br>Flint, MI 48502<br>(810) 600-4212<br>simmingtonlaw@gmail.com<br>*Attorneys for Plaintiffs*<br><br>/s/Michael W. Edmunds (with consent)<br>Michael W. Edmunds (P55748)<br>Gault Davison, P.C.<br>8305 S. Saginaw St., Ste. 8<br>Grand Blanc, MI 48439<br>(810) 234-3633<br>medmunds@edmundslawoffice.com<br>*Attorney for Defendant Flint Police Officers* | /s/ Muna Jondy<br>Muna Jondy (P70334)<br>Cooperating Attorney, ACLU<br>  Fund of Michigan<br>Muna Jondy Law Office<br>4400 Saginaw St., Suite 1360<br>Flint, MI 48507<br>(810) 820-8691<br>muna@jondylaw.com<br>*Attorneys for Plaintiffs*<br><br>/s/Reed E. Eriksson (with consent)<br>Angela Wheeler (P64079)<br>Reed E. Eriksson (P77085)<br>City of Flint Law Department<br>1101 S. Saginaw St., 3rd Floor<br>Flint, MI 48502<br>(810) 766-7146<br>reriksson@cityofflint.com<br>*Attorneys for Defendant City of Flint and Chief Timothy Johnson* |

Dated: March 5, 2020

3